FILED
JUN - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| JANE / JOHN DOES 1-144<br><br>Plaintiffs,<br><br>v.<br><br>CHIQUITA BRANDS INTERNATIONAL, INC.<br>and DAVID DOES 1-10<br><br>Defendants. | Case No.: **07 1048**<br><br>CIVIL JURY TRIAL DEMANDED |
|---|---|

**PLAINTIFFS' [PROPOSED] ORDER
GRANTING USE OF PSEUDONYMS**

This matter is before the Court on Plaintiffs' *Ex-Parte* Motion to Commence and Proceed With Action Using Pseudonyms. Upon review of such motion and the accompanying Declaration of Paul David Wolf, *Esq.* and points and authority in support of such motion, it is hereby:

ORDERED, that such motion is GRANTED; and it is hereby further

ORDERED, that Plaintiffs may proceed with the commencement of this action using pseudonyms; and finally, it is further

ORDERED, that Plaintiffs shall disclose their names and addresses to the Defendants in this action only upon entry of an appropriate confidentiality agreement or order.

Dated: June 7, 2007

_____
U.S. District Court Judge

2