IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE / JOHN DOES 1-144,**<br><br>        **Plaintiffs,**<br><br>  v.<br><br>**CHIQUITA BRANDS INTERNATIONAL, INC.,**<br>**and DAVID DOES 1-10,**<br><br>        **Defendants.** | No. 1:07-cv-01048-PLF |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney Eric H. Holder, Jr. of Covington & Burling LLP appears as counsel on behalf of defendant Chiquita Brands International, Inc. in the above-entitled action.

            Respectfully submitted,

            COVINGTON & BURLING LLP

              /s/ Eric H. Holder, Jr.
            Eric H. Holder, Jr. (D.C. Bar No. 303115)
            COVINGTON & BURLING LLP
            1201 Pennsylvania Avenue, N.W.
            Washington, D.C.  20004
            (202) 662-5372 (telephone)
            (202) 778-5372 (facsimile)
            eholder@cov.com

            *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

        I hereby certify that true and correct copy of the foregoing Notice of Appearance was served upon:

Terry Collingsworth
International Rights Advocates
2001 S Street NW #420
Washington, DC 20002
Tel: (202) 347-4100 ext. 104

Paul Wolf
P.O. Box 11244
Washington, D.C. 20008-1244
Tel: (202) 674-9653

*Counsel for Plaintiffs*

        by electronic filing under the Rules of this Court on this 23rd day of July, 2007.

                                      /s/ Eric H. Holder, Jr.
                                         Eric H. Holder, Jr.
                                         *Attorney for Defendant*