IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE / JOHN DOES 1-144,<br><br>                              Plaintiffs,<br><br>v.<br><br>CHIQUITA BRANDS INTERNATIONAL, INC.,<br>and DAVID DOES 1-10,<br><br>                              Defendants. | No. 1:07-cv-01048-PLF |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that attorney James M. Garland of Covington & Burling LLP appears as counsel on behalf of defendant Chiquita Brands International, Inc. in the above-entitled action.

                                              Respectfully submitted,

                                              COVINGTON & BURLING LLP

                                                      /s/ James M. Garland
                                              James M. Garland (D.C. Bar No. 475509)
                                              COVINGTON & BURLING LLP
                                              1201 Pennsylvania Avenue, N.W.
                                              Washington, D.C.  20004
                                              (202) 662-5337 (telephone)
                                              (202) 778-5337 (facsimile)
                                              jgarland@cov.com

                                              *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copy of the foregoing Notice of Appearance was served upon:

Terry Collingsworth
International Rights Advocates
2001 S Street NW #420
Washington, DC 20002
Tel: (202) 347-4100 ext. 104

Paul Wolf
P.O. Box 11244
Washington, D.C. 20008-1244
Tel: (202) 674-9653

*Counsel for Plaintiffs*

by electronic filing under the Rules of this Court on this 23rd day of July, 2007.

    /s/ James M. Garland
James M. Garland
*Attorney for Defendant*