## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE / JOHN DOES 1-144,<br><br>                                   **Plaintiffs,**<br><br>              **v.**<br><br>CHIQUITA BRANDS INTERNATIONAL, INC.,<br>and DAVID DOES 1-10,<br><br>                                   **Defendants.** | **No. 1:07-cv-01048-PLF** |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO
## ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Defendant Chiquita Brands International, Inc. ("Chiquita") respectfully requests an enlargement of time until Friday, October 26, 2007, to answer or otherwise respond to plaintiffs' complaint. Plaintiffs consent to this motion. As grounds for an enlargement of time, Chiquita states as follows:

1.      On June 7, 2007, Plaintiffs filed a 279-paragraph, 9-count complaint against Chiquita. Plaintiffs allege that they are legal heirs to 173 Colombian nationals allegedly killed by the Autodefensas Unidas de Colombia ("AUC") in Colombia. (Compl. ¶ 1.) The complaint alleges, in substance, that by making payments to the AUC, Chiquita is legally responsible for the deaths of plaintiffs' family members.

2.      The complaint asserts nine causes of action: (1) extrajudicial killing under the Alien Tort Statute ("ATS"), 28 U.S.C. § 1350; (2) extrajudicial killing under the Torture Victim Protection Act, 28 U.S.C. § 1350; and common law claims for (3) wrongful death;

(4) negligence; (5) negligent hiring; (6) negligent supervision; (7) intentional infliction of emotional distress; (8) battery; and (9) assault.  (*Id.* ¶¶ 234-279.)

3.    Plaintiffs allege that their causes of action arise from:

a)    Alien Tort Claims Act, 28 U.S.C. § 1350;

b)    Torture Victim Protection Act, 28 U.S.C. § 1350;

c)    Common law of the United States;

d)    United Nations Charter, 59 Stat. 1031, 3 Bevans 1153 (1945);

e)    Universal Declaration of Human Rights, G.A. Res. 217A(iii), U.N. Doc. A/810 (1948);

f)    International Covenant on Civil and Political Rights, G.A. Res. 2220A(xxi), 21 U.N. Doc., GAOR Supp. (No. 16) at 52, U.N. Doc. A/6316 (1966);

g)    Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. res. 39/46, 39 U.N. Doc., GAOR Supp. (No. 51) at 197, U.N. Doc. A/39/51 (1984) (ratified Oct. 28, 1998);

h)    Declaration on the Protection of All Persons From Being Subjected to Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, G.A. Res. 3452, 30 U.N. Doc, GAOR Supp. (No. 34) at 91, U.N. Doc. A/10034 (1976);

i)    Vienna Declaration and Programme of Action (World Conference on Human Rights, 1993);

j)    International Labor Organization Conventions 87 and 98, which protect the fundamental rights to associate and organize;

k)    Article 3 of the Geneva Conventions; and

l)    Statutes and common law of the District of Columbia, including wrongful death, negligence, and recklessness.

(*Id.* ¶ 228.)

4.      Plaintiffs' counsel has represented that a summons was served on July 2, 2007; Chiquita, however, has no record of such service.  In any event, Chiquita hereby waives service pursuant to Rule 4(d).

5.      Counsel will require additional time to review the complex allegations contained in plaintiffs' complaint in order to prepare a response.

6.      Plaintiffs' counsel have consented to a response date of October 26, 2007.

7.      Chiquita submits this motion without prejudice to, or waiver of, any objection to personal jurisdiction or venue, and any defenses that Chiquita may have to this action.

WHEREFORE, Chiquita respectfully requests that this Court grant this motion for an enlargement of time until Friday, October 26, 2007, to answer or otherwise respond to plaintiffs' complaint.

Respectfully submitted,


/s/  Eric H. Holder, Jr.

Eric H. Holder, Jr. (D.C. Bar No. 303115)
John E. Hall (D.C. Bar No. 415364)
James M. Garland (D.C. Bar No. 475509)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendant*
  *Chiquita Brands International, Inc.*


Dated:       July 23, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copies of Defendant Chiquita Brands

International, Inc's Consent Motion for Enlargement of Time and Proposed Order were served

upon:

Terry Collingsworth
International Rights Advocates
2001 S Street NW #420
Washington, DC 20002
Tel: (202) 347-4100 ext. 104

Paul Wolf
P.O. Box 11244
Washington, D.C. 20008-1244
Tel: (202) 674-9653

*Counsel for Plaintiffs*

by electronic filing under the Rules of this Court on this 23rd day of July, 2007.

_____/s/ James M. Garland_____
James M. Garland
*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE / JOHN DOES 1-144,** | |
| **Plaintiffs,** | |
| **v.** | **No. 1:07-cv-01048-PLF** |
| **CHIQUITA BRANDS INTERNATIONAL, INC.,** and **DAVID DOES 1-10,** | |
| **Defendants.** | |

### [PROPOSED] ORDER

Upon consideration of Defendant Chiquita Brands International, Inc.'s motion for enlargement of time to answer or otherwise respond to plaintiffs' complaint, it is this _____ day of _____, 2007, hereby ORDERED that Defendant's motion is GRANTED.  Defendant will have until October 26, 2007 to answer or otherwise respond to plaintiffs' complaint.


_____
PAUL L. FRIEDMAN
United States District Judge