07/10/2007  14:25   8187741576                                                          PAGE  01/01

CASE NUMBER IS 1:07-cv-01048        SUBJECT TO SERVE: Chiquita Brands International, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE CORPORATE SERVE ON 7-2-07 @ 3:45PM |
| NAME OF SERVER (PRINT) GARY U. NEVILLE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Corporate Serve:  Served papers to Claudia Gehr, Receptionist authorized person..

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JULY 3, 2007          *Gary U. Neville*
                Date                  Signature of Server

NATIONWIDE LEGAL SUPPORT, INC.
18226 VENTURA BLVD., SUITE 208
TARZANA, CA 91356
TEL (877) 944-0474
FAX (818) 774-1576

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.