**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE / JOHN DOES 1-144,**<br><br>                             **Plaintiffs,**<br><br>    **v.**<br><br>**CHIQUITA BRANDS INTERNATIONAL, INC.,<br>and DAVID DOES 1-10,**<br><br>                             **Defendants.** | **No. 1:07-cv-01048-PLF** |

## LOCAL CIVIL RULE 7.1 CERTIFICATE

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for defendant Chiquita Brands International, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Chiquita Brands International, Inc. which have any outstanding securities in the hands of the public. These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

_____/s/ James M. Garland_____
Eric H. Holder, Jr. (D.C. Bar No. 303115)
John E. Hall (D.C. Bar No. 415364)
James M. Garland (D.C. Bar No. 475509)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-5372 (telephone)
(202) 778-5372 (facsimile)
eholder@cov.com

Date: September 7, 2007

*Counsel for Chiquita Brands International, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing

Local Civil Rule Certificate 7.1 was filed using the Court's electronic case filing system this 7th

day of September, 2007, which automatically results in service on all counsel of record

registered on ECF.

/s/ James M. Garland

James M. Garland

*Attorney for Defendant*
