IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE / JOHN DOES 1-144,<br><br>                                 **Plaintiffs,**<br><br>         v.<br><br>CHIQUITA BRANDS INTERNATIONAL, INC.,<br>and DAVID DOES 1-10,<br><br>                                 **Defendants.** | No. 1:07-cv-01048-PLF |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

      Defendant Chiquita Brands International, Inc. ("Chiquita") respectfully requests a forty-five-day enlargement of time to answer or otherwise respond to plaintiffs' complaint up to and including December 10, 2007. Plaintiffs consent to this request. In addition, the parties respectfully reserve their rights to seek a further extension of time in order to coordinate with counsel in two related cases pending in the District of New Jersey and the Southern District of Florida, which cases Chiquita has moved to transfer to this District pursuant to 28 U.S.C. § 1404. As grounds for this request, Chiquita states as follows:

      1.     On June 7, 2007, invoking the jurisdiction of the Alien Tort Statute ("ATS"), 28 U.S.C. § 1350, plaintiffs filed a 279-paragraph, 9-count complaint against Chiquita. Plaintiffs allege that they are legal heirs to 173 Colombian nationals allegedly killed by the Autodefensas Unidas de Colombia ("AUC") in Colombia. (Compl. ¶ 1.) The complaint alleges, in substance, that by making payments to the AUC, Chiquita is legally responsible for the deaths of plaintiffs' family members. (*Id.* ¶¶ 234-279.)

  2. On July 23, 2007, Chiquita submitted a consent motion for an extension of time until October 26, 2007, to answer or otherwise respond to plaintiffs' complaint. This Court granted that request in a Minute Order dated July 24, 2007.

  3. On June 13, 2007, another group of plaintiffs filed a related action in the Southern District of Florida. *See Carrizosa v. Chiquita Brands Int'l, Inc.*, No. 07-60821-Civ. (S.D. Fla.) ("Florida Complaint"). Like the D.C. plaintiffs, the Florida plaintiffs allege that they are surviving family members of Colombian nationals allegedly killed by the AUC in Colombia. (*See* Fla. Compl. ¶¶ 1-2.) The Florida Complaint asserts causes of action that are identical or substantially similar to the causes of action raised in the D.C. Complaint. (*Id.* ¶¶ 64-84.)

  4. On July 24, 2007, Chiquita filed a motion pursuant to 28 U.S.C. § 1404 to transfer the Florida action to this District, the forum of the first-filed complaint. (*See* Docket Entry #16, No. 07-60821-Civ. (S.D. Fla.) (Defs.' Mot. to Transfer Venue to the District of Columbia).) Briefing on the Florida transfer motion was completed on September 6, 2007. (*See id.*) The court has not yet ruled.

  5. On August 2, 2007, a third group of plaintiffs filed a related action in the District of New Jersey. *See Doe 1 v. Chiquita Brands Int'l, Inc.*, No. 2:07-cv-03406-JAG-MCA (D.N.J.) ("New Jersey Complaint"). Like the D.C. plaintiffs and Florida plaintiffs, the New Jersey plaintiffs allege that they are surviving family members of Colombian nationals allegedly killed by the AUC in Colombia. (*See* New Jersey Compl. ¶¶ 2, 6-11.) The New Jersey Complaint asserts causes of action that are identical or substantially similar to the causes of action raised in both the D.C. and Florida Complaints. (*Id.* ¶¶ 85-157.)

  6. On September 14, 2007, Chiquita filed a motion pursuant to 28 U.S.C. § 1404 to transfer the New Jersey Complaint to this District, the forum of the first-filed

complaint. (*See* Docket Entry #4, No. 2:07-cv-03406-JAG-MCA (D.N.J.) (Defs.' Mot. to Transfer Venue to the District of Columbia).) Briefing on the New Jersey transfer motion was completed on October 15, 2007. (*See id.*) The court has not yet ruled.

7. In moving to transfer the Florida and New Jersey actions to D.C. "in the interest of justice," *see* 28 U.S.C. § 1404(a), Chiquita has argued that having the cases heard in the same forum would produce substantial efficiency benefits and avoid the possibility of inconsistent rulings. Of immediate concern, Chiquita expects to file motions to dismiss each of the complaints, which motions will raise common threshold legal issues.

8. The district courts in Florida and New Jersey have suspended Chiquita's obligation to respond to the complaints until after the courts' decisions on Chiquita's transfer motions.

9. Counsel for Chiquita and for each of the plaintiff groups in the three related actions are scheduled to meet in Washington, D.C. on October 29, 2007. Counsel expect to discuss, *inter alia*, coordination of the related actions.

10. At this point, Chiquita requests, with plaintiffs' consent, a forty-five-day enlargement of time to answer or otherwise respond to plaintiffs' complaint, so as to extend the responsive pleading deadline from October 26, 2007, to December 10, 2007. The parties, however, respectfully reserve their rights to seek a further extension of time in order to coordinate with counsel in the related New Jersey and Florida actions.

WHEREFORE, Chiquita respectfully requests that this Court grant this motion for an enlargement of time to answer or otherwise respond to plaintiffs' complaint until December 10, 2007.

        Respectfully submitted,

        /s/ Eric H. Holder, Jr.

Eric H. Holder, Jr. (D.C. Bar No. 303115)
John E. Hall (D.C. Bar No. 415364)
James M. Garland (D.C. Bar No. 475509)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendant*
  *Chiquita Brands International, Inc.*

Dated:      October 19, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of Defendant Chiquita Brands International, Inc.'s Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint and Proposed Order were served upon:

Terry Collingsworth
International Rights Advocates
2001 S Street NW #420
Washington, DC 20002
Tel: (202) 347-4100 ext. 104

Paul Wolf
P.O. Box 11244
Washington, D.C. 20008-1244
Tel: (202) 674-9653

*Counsel for Plaintiffs*

by electronic filing under the Rules of this Court on this 19th day of October, 2007.

                                                  /s/ Eric H. Holder, Jr.
                                                    Eric H. Holder, Jr.
                                                    *Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE / JOHN DOES 1-144,

                      **Plaintiffs,**

    v.

**CHIQUITA BRANDS INTERNATIONAL, INC.,**
**and DAVID DOES 1-10,**

                      **Defendants.**

No. 1:07-cv-01048-PLF

## [PROPOSED] ORDER

Upon consideration of Defendant Chiquita Brands International, Inc.'s motion for enlargement of time to answer or otherwise respond to plaintiffs' complaint, it is this ___ day of October 2007, hereby ORDERED that Defendant's motion is GRANTED. Defendant will have until December 10, 2007, to answer or otherwise respond to plaintiffs' complaint.

                                                          PAUL L. FRIEDMAN
                                                          United States District Judge