IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE / JOHN DOES 1-144<br><br>        **Plaintiffs,**<br><br>    v.<br><br>CHIQUITA BRANDS INTERNATIONAL, INC. and DAVID DOES 1-10<br><br><br>        **Defendants.** | Case No.: 1:07-cv-01048-PLF |

**PLAINTIFFS' MOTION FOR RECONSIDERATION REGARDING DEFENDANTS
<u>THIRD</u> REQUEST FOR CONTINUANCE RELATING TO ITS DISMISSAL MOTION**

  Plaintiffs hereby move this Court to reconsider its recent Minute Order granting Defendants' motion for extension of time to file their reply brief (Docket No. 13). While disputes about scheduling issues generally should not be brought to a federal court, and Plaintiffs' counsel are typically generous in providing opposing counsel with extensions of time, Defendants' here have simply abused the process.

  Specifically, Chiquita has failed to disclose material facts to the Court. Most significant, Plaintiffs' have twice agreed to give Chiquita extensions of over ***five months*** in this matter. *See* Exhibit A (December 12, 2007 correspondence on the extension issues attached hereto) at 1. When Defendants requested another extension, until February 15, 2008, counsel for Plaintiffs explained that he had already agreed to five months of extensions and Plaintiffs had serious concerns about further delay. *Id.* at 4-5. In response, counsel for Chiquita twice threatened retaliation in the future, even though Plaintiffs had previously granted extensions of five months. *Id*. at 2-3.

Defendants cite various future conflicts with the current schedule, but ***Defendants selected the current briefing schedule*** in connection with their second request for extension. *Id*. at 4. Perhaps most telling of Defendants' apparent sense of unilateral entitlement to exceptions to the rules, they asset that the current briefing schedule (which they selected) would require them to work between Christmas and New Years, a "period during which Chiquita's lawyers had hoped to be away from the office." Defendants' Motion for Extension at 2, ¶ 3. While that sounds good, Chiquita's solution was to file its motion for extension and ask this Court to require Plaintiffs to respond on December 26. *Id.* at 4-5, ¶ 11. Attempting to make Plaintiffs' counsel work on Christmas was an acceptable alternative to Chiquita.

A final fact bearing upon Chiquita's third request for extension is that on November 21, 2007, Plaintiffs confirmed to Defendants that they wanted to maintain the previously agreed schedule in which Defendants were to file their Motion to Dismiss on December 10, 2007, and Plaintiffs would respond within the 11 days provided in Local Civil Rule 7. *See* Exhibit A at 4. It was following this exchange that counsel for Defendants threatened retaliation. *See id.* at 1-3. After that, on November 26, Chiquita filed their motion before the Judicial Panel on MultiDistrict Litigation ("MDL"). Defendants' Motion for Extension at 3, ¶ 7. This required Plaintiffs to respond to the MDL motion on December 18, 2007, in the midst of the 11 days Plaintiffs had to respond to Defendants Motion to Dismiss.

Plaintiffs' counsel is a small nonprofit law firm, the International Rights Advocates, which has a total of three lawyers, with many other cases besides this one. *See* Exhibit A at 1. Due to the nature of international human rights work, Plaintiffs' counsel have substantial travel commitments at all times. Yet, Plaintiffs' counsel managed within the 11 days allotted by the

Local Rules to timely respond to Defendants Motion to Dismiss (filed today, December 21), and to the MDL Motion (filed December 18), and to the instant Motion for Extension.

Chiquita's firm, Covington & Burling LLP, states on its website that it has over 300 lawyers in its Washington office alone. Surely the firm can manage to file a reply brief to Chiquita's dismissal motion, based on a schedule selected by Defendants, in a reasonable time frame.

Defendants' request to delay their reply until February 15, 2008 will prejudice Plaintiffs. At most Defendants should be provided only until January 7, 2008. This case was first filed on June 7, 2007, and, due the two prior extensions granted, Defendants have finally responded by filing their dismissal motion. In the interim, as Defendants acknowledge, three follow-on cases have been filed. The one filed in New York seeks over 7 billion dollars in damages. Several other cases are coming. Exhibit A at 1. Plaintiffs have a substantial interest in getting their case, the first filed against Chiquita, to be the first moved to judgment. *Id.*

Local Civil Rule 7 gives Defendants five days to file their reply brief. With Plaintiffs' response filed on December 21, Defendants' reply would be due January 2. Despite the fact that Defendants selected this schedule and have twice received extensions of over five months, **Plaintiffs would be happy to extend the reply date to January 7 and provide an additional five days to accommodate the holidays**. This will give the defendants more time to file their reply than plaintiffs had to respond to Defendants' Motion to Dismiss, their MDL motion and their Motion for Extension of Time.

Finally, even assuming that Defendants are provided with an extension of time, allowing Plaintiffs up to January 15, 2008, as initially offered by Defendants and now allowed by the

Court per its Minute Order, Defendants should only be given until January 30, 2008 to submit their reply so as to avoid any further delay of this case.[1]

Respectfully submitted this 21st day of December, 2001,

By:_____
    Terry Collingsworth
    International Rights Advocates
    218 D Street S.E. (Third Floor)
    Washington, D.C. 20003
    Telephone: 202-543-5811
    Email: tc@iradvocates.org

**ATTORNEYS FOR PLAINTIFFS**

---

[1] Plaintiffs note that they were prepared to file their Opposition brief today, December 21, 2008, as due.

# EXHIBIT A



INTERNATIONAL ADVOCATES  *"fighting for our human rights"*

**By email**
John Hall
jhall@cov.com
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

December 12, 2007

Dear John:

    In response to your message of today, I had previously explained to you in my letter of November 21, 2007 (attached) that, after already providing you with over five months of extensions to respond to our Complaint, I could not agree to any more extensions. I note that in response to my legitimate concern about moving this case forward, I received not one, but two threats of retaliation from your colleague, Mr. Holder. I attach those as well. If, after I have been extremely flexible in providing two extensions of over five months, your enormous firm's reaction to my need to move the case forward is to threaten my three-lawyer firm with retaliation, then I clearly should plan on sticking to the deadlines provided in the federal rules.

    I add to my reasons for being concerned about moving my case forward that I've heard of two other human rights cases in the works, and several other derivative cases. My clients have a very strong interest in being the first case to reach a verdict, for obvious reasons. As you know, you declined my offer to focus now on trying to resolve this case in way that got all of the victims reasonable compensation, but still left your client financially viable.

    We are working hard on responding to the two massive motions you have filed. I note that with respect to the dismissal motion, we were electronically served only with Exhibits A, B and C to your Declaration, and would appreciate receiving the rest of the exhibits to complete your service.

Sincerely,

Terry Collingsworth



t 202 470-2876   f 202 558-2674   www.IRAdvocates.org   218 D Street, SE (3rd floor)   Washington, DC 20003

## Terry Collingsworth

**From:** "Terry Collingsworth" <tc@iradvocates.org>
**To:** "Terry Collingsworth" <tc@iradvocates.org>
**Sent:** Thursday, December 06, 2007 11:06 PM
**Subject:** Fw: TC response Re: Chiquita -- MDL and Scheduling

----- Original Message -----
From: "Holder, Eric, Jr." <eholder@cov.com>
To: <tc@iradvocates.org>; "Hall, John" <jhall@cov.com>;
<wjw@conradscherer.com>
Cc: <WRS@conradscherer.com>
Sent: Wednesday, November 21, 2007 12:07 PM
Subject: Re: TC response Re: Chiquita -- MDL and Scheduling


> As we proceed in this case I will remember the position you have taken
> here.
>
> Eric
>
>
>
>
>
> --------------------------
> Sent from my BlackBerry Wireless Handheld
>
>
> ----- Original Message -----
> From: Terry Collingsworth <tc@iradvocates.org>
> To: Terry Collingsworth <tc@iradvocates.org>; Hall, John;
> wjw@conradscherer.com <wjw@conradscherer.com>
> Cc: Holder, Eric, Jr.; William Scherer <WRS@conradscherer.com>
> Sent: Wed Nov 21 11:42:59 2007
> Subject: Re: TC response Re: Chiquita -- MDL and Scheduling
>
> Please see the attached letter. Regards, Terry
>
> ----- Original Message -----
> From: Terry Collingsworth <mailto:tc@iradvocates.org>
> To: Hall, John <mailto:jhall@cov.com> ; wjw@conradscherer.com
> Cc: Holder, Eric, Jr. <mailto:eholder@cov.com> ; William Scherer
> <mailto:WRS@conradscherer.com>
> Sent: Wednesday, November 21, 2007 11:42 AM
> Subject: TC response Re: Chiquita -- MDL and Scheduling
>
>
>
> ----- Original Message -----

②

12/12/2007

## Terry Collingsworth

**From:** "Terry Collingsworth" <tc@iradvocates.org>
**To:** "Terry Collingsworth" <tc@iradvocates.org>
**Sent:** Thursday, December 06, 2007 11:06 PM
**Subject:** Fw: TC response Re: Chiquita -- MDL and Scheduling

----- Original Message -----
From: "Holder, Eric, Jr." <eholder@cov.com>
To: <tc@iradvocates.org>
Sent: Wednesday, November 21, 2007 2:04 PM
Subject: Re: TC response Re: Chiquita -- MDL and Scheduling


> As we wait for your promised amended complaint. And after taking
> seriously your request that we not file anything the day before
> Thanksgiving.
>
> Given the age of these cases I really fail to see the logic of your
> position.
> How are your folks really harmed- really- by the schedule the other
> lawyers are comfortable with. You appear to need about 10 days to respond
> to our motion on the basis of the schedule you espouse.
>
> We'll litigate any way you want. If you want to make this unnecessarily
> difficult so be it.
>
>
>
>
>
>
>
> --------------------------
> Sent from my BlackBerry Wireless Handheld
>
>
> ----- Original Message -----
> From: Terry Collingsworth <tc@iradvocates.org>
> To: Holder, Eric, Jr.
> Sent: Wed Nov 21 13:54:39 2007
> Subject: Re: TC response Re: Chiquita -- MDL and Scheduling
>
> so I guess you'll forget the five months I already gave you
>
>
> ----- Original Message -----
> From: "Holder, Eric, Jr." <eholder@cov.com>
> To: <tc@iradvocates.org>; "Hall, John" <jhall@cov.com>;
> <wjw@conradscherer.com>

(3)

12/12/2007



INTERNATIONAL ADVOCATES : *fighting for our human rights*

**By email**
Eric H. Holder Jr.
eholder@cov.com John Hall
jhall@cov.com
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

November 21, 2007

Dear Eric and John:

     As per John's request of yesterday, I'm responding regarding a briefing schedule for the motion to dismiss you've told me you plan to file in response to our Complaint filed June 7, 2007. After discussing with representatives of our clients, and looking at our schedules here at IRAdvocates, we are going to need to have your motion filed as currently scheduled on December 10, 2007. We will respond in the time frame provided in the federal rules. I note that we have already agreed to two significant extensions, totaling *over five months,* and that should be sufficient time for you to prepare and file a motion to dismiss if you have any legitimate basis for doing so.

     Most important, your new proposal to extend for over two more months your filing date to February 15, 2008 would cause serious conflicts for us as we will be in the midst of two major briefing projects dealing with cases based in Liberia and Indonesia. I will necessarily be out of the country for much of March and April. As I currently have exactly two other lawyers with me at IRAdvocates, we are extremely limited in our capacity to handle several major projects at the same time. While I do not want to be responding to your dismissal motion in mid-December, that is really the only period in the reasonably near future when I can do it.

     Conversely, I do not see how you will be prejudiced if you file your motion on December 10, the date *you* selected for your motion to be filed when you requested your second extension. As noted, you will have had over six months to respond to our Complaint, filed on June 7, 2007. Further, even if you are successful in your MDL motion to move the other Chiquita cases to consolidate before Judge Friedman, something that is far from certain, whatever motion you make on December 10, and whatever ruling you get, will likely have binding effect on the other cases if they are also before Judge Friedman. Thus, you will not be wasting time or duplicating effort. Of course, if your MDL motion is not granted, then you will be able to use whatever motion you file in our case to file similar motions in the other cases, and we will not have been further and unnecessarily delayed.

     As I stated to you in our October 29 meeting, given that Chiquita has pled guilty to providing material assistance to the AUC terrorists who murdered the fathers, sons and





INTERNATIONAL ADVOCATES — *"fighting for our human rights"*

brothers of my clients, I really don't think you have a legitimate legal argument for dismissal. It is in my clients' interests to stop the delays and reach the merits as expeditiously as possible.

While we humans often revert to a "what have you done for me lately" posture, I do want to emphasize that we have already given you two extensions of over five months to simply respond to our Complaint. I would agree to another extension if it would not prejudice my clients, and my ability to represent them effectively.

Sincerely,

Terry Collingsworth

5