## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE / JOHN DOES 1-144,** | |
| **Plaintiffs,** | |
| **v.** | **No. 1:07-cv-01048-PLF** |
| **CHIQUITA BRANDS INTERNATIONAL, INC.,** **and DAVID DOES 1-10,** | |
| **Defendants.** | |

## DEFENDANT'S OPPOSITION TO
## PLAINTIFFS' MOTION FOR RECONSIDERATION

Defendant Chiquita Brands International, Inc. ("Chiquita") respectfully opposes plaintiffs' motion for reconsideration ("Reconsideration Motion") of this Court's order granting Chiquita's request for an extension until February 15, 2008 to file its reply brief in support of its motion to dismiss plaintiffs' Complaint.

Nothing in the Reconsideration Motion contradicts the reasonable grounds for granting the extension that Chiquita outlined it its original request.  Plaintiffs' counsel's absurd and vituperative charges -- *e.g.*, that Chiquita's attorneys "failed to disclose material facts to the Court" and "threatened retaliation" -- are completely unsupported.  While Chiquita doubts that the Court is interested in reviewing the communications between counsel that led to the unfortunate need to bring this matter before the Court, a complete set of those letters and emails is attached as Exhibit 1.  Even a cursory review would reveal that Chiquita's counsel has acted professionally and properly from start to finish.

Nor does the Reconsideration Motion suggest any realistic prejudice to plaintiffs from the granted extension. Plaintiffs' desire to "be the first [case] moved to judgment" will not be affected in any way by Chiquita filing its reply brief on February 15, 2008. Even if it could be postulated that a six-week extension in the reply would materially impact the pace of the litigation (assuming the matter survives the motion to dismiss), there is no other related case that will proceed more quickly. In Florida, the only other forum in which there is a pending motion to dismiss, Chiquita reached an agreed-upon briefing schedule with the plaintiffs whereby Chiquita's reply is due on or before February 15, 2008, the same date that Chiquita was granted here. Moreover, given the likelihood of centralization of these related ATS cases in an MDL proceeding, it would make no sense for this Court to rule on the motion to dismiss until the MDL is resolved anyway.

For these reasons, Chiquita respectfully submits that plaintiffs' Reconsideration Motion should be denied. Chiquita, however, remains willing to consent to an extension until January 15, 2008 for plaintiffs to respond to Chiquita's motion to dismiss, just as it was before.

Respectfully submitted,

/s/ Eric H. Holder, Jr.

Eric H. Holder, Jr. (D.C. Bar No. 303115)
John E. Hall (D.C. Bar No. 415364)
James M. Garland (D.C. Bar No. 475509)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendant*
*Chiquita Brands International, Inc.*

Dated:        December 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Defendant's Opposition to

Plaintiffs' Motion for Reconsideration was served upon:

Terry Collingsworth
International Rights Advocates
218 D Street SE (3rd floor)
Washington, D.C. 20003
Tel: (202) 347-4100

Paul Wolf
P.O. Box 11244
Washington, D.C. 20008-1244
Tel: (202) 674-9653

*Counsel for Plaintiffs*

by electronic filing under the Rules of this Court on this 21st day of December, 2007.

        /s/ Eric H. Holder, Jr.        
Eric H. Holder, Jr.
*Attorney for Defendant*

# EXHIBIT 1

# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW    WASHINGTON
WASHINGTON, DC 20004-2401    NEW YORK
TEL 202.662.6000    SAN FRANCISCO
FAX 202.662.6291    LONDON
WWW.COV.COM    BRUSSELS

ERIC H. HOLDER, JR.
TEL 202.662.5372
FAX 202.778.5372
EHOLDER@COV.COM

October 4, 2007

BY ELECTRONIC & FIRST CLASS MAIL

Terry Collingsworth, Esq.
International Rights Advocates
218 D Street, SE (3rd Floor)
Washington, DC 20003

     Re:   *Doe et al. v. Chiquita Brands International, Inc. et al.*, No. 1:07-
cv-01048-PLF (D.D.C.)

Dear Mr. Collingsworth:

     Thank you for your letter of September 14, 2007. While I believe that your clients' claims against Chiquita have no basis in law or fact, I nevertheless would be willing to meet with you to hear why you have a contrary view. Please let me know when it would be convenient for you to meet with me and my colleagues.

     I also request your assistance on a scheduling matter. As you know, Chiquita has moved to transfer the related cases filed in New Jersey and Florida to the District of Columbia. We understand from counsel for the New Jersey plaintiffs that you would be amenable to an extension of Chiquita's deadline to answer or respond in the D.C. action (currently set for October 26) until such time as our transfer motions have been resolved. Such an extension would facilitate an efficient, coordinated approach to pleading in the event the transfer motions are granted, which I believe Judge Friedman would expect. We therefore ask for your consent to an extension of Chiquita's response deadline in the D.C. action until 30 days following resolution of Chiquita's motions to transfer the Florida and New Jersey actions. Please let me know if this proposal is agreeable to you.

     I look forward to hearing from you.

                      Sincerely,

                      Eric H. Holder, Jr.



INTERNATIONAL RIGHTS ADVOCATES    *"fighting for our human rights"*

Eric H. Holder Jr.
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
eholder@cov.com

October 18, 2007

Dear Eric:

First, this confirms that we will be meeting at your office on Monday, October 29 at 4 p.m.  Right now, I can confirm that Paul Wolf will join me, Bill Scherer will attend for the Florida case, and Marco Simons will attend for the New Jersey case. I will let you know when I confirm any other lawyers for the Plaintiffs who will attend.

Regarding the extension to your response to our complaint, again, I have no trouble agreeing to an additional extension of 30 days or so, with the understating that if we do mutually agree that there is a basis to postpone further because we feel we could have a serious, good faith discussion, then the date could be extended further.  However, perhaps you misunderstood my rationale for not being willing to tie our schedule to what another court may or may not do regarding the pending transfer motions. Even though we in fact do have good relations with all of the lawyers in the other cases, and expect to be able to cooperate and coordinate with them, that has nothing to do with whether any of those cases has a judge who, for whatever reason, may sit on the transfer motion for a year or more. I have one case now in which we have been waiting for about seven months for a personal jurisdiction/venue motion to be resolved.

If you would like to reference in your motion for further extension that we may seek additional time based on a desire to coordinate with counsel in the other cases, I have no problem with that. If you have other ideas for signaling that we may be back again for more time, I would be interested in exploring those as well. I simply will not cede control of our schedule to a court that I am not before.

Let me know how you would like to proceed. Perhaps you could send me a draft motion for review. I will be in my office for the rest of the week.

Sincerely,

Terry Collingsworth

# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL. 202.662.6000
FAX 202.662.6291
WWW.COV.COM

WASHINGTON
NEW YORK
SAN FRANCISCO
LONDON
BRUSSELS

ERIC H. HOLDER, JR.
TEL 202.662.5372
FAX 202.778.5372
EHOLDER@COV.COM

October 19, 2007

BY ELECTRONIC & FIRST CLASS MAIL

Terry Collingsworth, Esq.
International Rights Advocates
218 D Street, SE (3rd Floor)
Washington, DC 20003

Re:    *Doe et al. v. Chiquita Brands International, Inc. et al.*, No. 1:07-
       cv-01048-PLF (D.D.C.)

Dear Terry:

I received your letter of October 18, 2007.

Frankly, I find it hard to understand why we are encountering such difficulty over this scheduling matter. My position, which I believe to be pretty reasonable and logical, is that these obviously related cases should be heard together and on a common schedule. You do not offer any argument for why your complaint should move ahead independently of the others, and I cannot imagine what such an argument could be.

If you are concerned about the time that will be required to resolve the transfer motions, there is a simple alternative: encourage your colleagues to consent to the transfer of those actions to D.C. Candidly, it makes it difficult for me to believe that you and your colleagues are serious about having a good faith discussion of common issues on which you could cooperate and deliver, if you are unable to set aside separate interests and come together on something as basic as a common forum. I would hope that when we meet on the 29th, we can resolve this at the outset.

For now, I enclose for your consideration a proposed motion for an extension that I believe is consistent with the framework outlined in your letter. Please let me know if you have comments or edits as soon as possible. We would like to file it with the Court today. Thanks.

Sincerely,

Eric H. Holder, Jr.

Enclosure

## Hall, John

| | |
|---|---|
| **From:** | Hall, John |
| **Sent:** | Tuesday, November 20, 2007 3:27 PM |
| **To:** | 'tc@iradvocates.org'; 'wjw@conradscherer.com' |
| **Cc:** | Holder, Eric, Jr. |
| **Subject:** | Chiquita -- MDL and Scheduling |

Terry and Bill:

Following up on our conversations yesterday, I wanted to reach out again regarding the MDL motion we intend to file, as well as scheduling more broadly. As I said yesterday, we are prepared to file an MDL motion this week. Terry requested that we wait to file the motion until after the Thanksgiving holiday, which I am happy to do  (or to grant additional time to make up for the intervening holiday, whichever you prefer).

Since Eric and I understand you both are eager to move forward, our desire is to get the MDL motion heard promptly. To that end, we intend to request the motion be heard as soon as possible after the briefing is complete. I trust that you will support this request. Please let me know whether we can so indicate.

On the broader scheduling issues, as I have said before, we believe that there is a good chance that these cases will be consolidated or coordinated for pretrial proceedings -- wherever that may be -- and we think that it makes sense to wait on the briefing of motions to dismiss until the MDL motion is decided. We think the judge who gets this matter will want and expect coordinated briefing on the common issues. Thus, our preference would be to put off the motion to dismiss briefing until such time as the MDL motion gets resolved.

Since you have expressed reservations about this proposal, in the alternative, I would like to at least agree upon a reasonable briefing schedule. I suspect that you will not want to be drafting your responses to our motions to dismiss during the holidays in December. I personally have some significant scheduling conflicts during most of January, as I will be in a two-week trial in New Jersey beginning January 16. My proposal is that we begin the motion to dismiss briefing with the filing of our opening brief in your respective cases on February 15. We would be happy to then agree to whatever amount of time you would request in order to prepare your responses.

As a matter of professional courtesy, I would like to reach an understanding on these issues prior to Thanksgiving. In line with Terry's request that we put off filing the MDL motion, I also have people here who would prefer not to have to work over the Thanksgiving holiday. As we are currently facing a December 5, 2007 response date in Florida and one shortly thereafter in DC, this time over the holiday will obviously be in play if we cannot reach an agreement on scheduling.

Look forward to hearing from you.

John

John E. Hall | **COVINGTON & BURLING LLP**
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
jhall@cov.com | www.cov.com
Tel: 202.662.5104 | Fax: 202.778.5104



INTERNATIONAL RIGHTS ADVOCATES    *"fighting for our human rights"*

**By email**
Eric H. Holder Jr.
eholder@cov.comJohn Hall
jhall@cov.com
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

November 21, 2007

Dear Eric and John:

As per John's request of yesterday, I'm responding regarding a briefing schedule for the motion to dismiss you've told me you plan to file in response to our Complaint filed June 7, 2007. After discussing with representatives of our clients, and looking at our schedules here at IRAdvocates, we are going to need to have your motion filed as currently scheduled on December 10, 2007. We will respond in the time frame provided in the federal rules. I note that we have already agreed to two significant extensions, totaling *over five months*, and that should be sufficient time for you to prepare and file a motion to dismiss if you have any legitimate basis for doing so.

Most important, your new proposal to extend for over two more months your filing date to February 15, 2008 would cause serious conflicts for us as we will be in the midst of two major briefing projects dealing with cases based in Liberia and Indonesia. I will necessarily be out of the country for much of March and April. As I currently have exactly two other lawyers with me at IRAdvocates, we are extremely limited in our capacity to handle several major projects at the same time. While I do not want to be responding to your dismissal motion in mid-December, that is really the only period in the reasonably near future when I can do it.

Conversely, I do not see how you will be prejudiced if you file your motion on December 10, the date *you* selected for your motion to be filed when you requested your second extension. As noted, you will have had over six months to respond to our Complaint, filed on June 7, 2007. Further, even if you are successful in your MDL motion to move the other Chiquita cases to consolidate before Judge Friedman, something that is far from certain, whatever motion you make on December 10, and whatever ruling you get, will likely have binding effect on the other cases if they are also before Judge Friedman. Thus, you will not be wasting time or duplicating effort. Of course, if your MDL motion is not granted, then you will be able to use whatever motion you file in our case to file similar motions in the other cases, and we will not have been further and unnecessarily delayed.

As I stated to you in our October 29 meeting, given that Chiquita has pled guilty to providing material assistance to the AUC terrorists who murdered the fathers, sons and

INTERNATIONAL RIGHTS ADVOCATES : *"fighting for our human rights"*

brothers of my clients, I really don't think you have a legitimate legal argument for dismissal. It is in my clients' interests to stop the delays and reach the merits as expeditiously as possible.

While we humans often revert to a "what have you done for me lately" posture, I do want to emphasize that we have already given you two extensions of over five months to simply respond to our Complaint. I would agree to another extension if it would not prejudice my clients, and my ability to represent them effectively.


Sincerely,


Terry Collingsworth

**Hall, John**

| | |
|---|---|
| **From:** | Holder, Eric, Jr. |
| **Sent:** | Wednesday, November 21, 2007 2:05 PM |
| **To:** | 'tc@iradvocates.org' |
| **Subject:** | Re: TC response Re: Chiquita -- MDL and Scheduling |

As we wait for your promised amended complaint. And after taking seriously your request that we not file anything the day before Thanksgiving.

Given the age of these cases I really fail to see the logic of your position. How are your folks really harmed- really- by the schedule the other lawyers are comfortable with. You appear to need about 10 days to respond to our motion on the basis of the schedule you espouse.

We'll litigate any way you want. If you want to make this unnecessarily difficult so be it.

```
--------------------------
Sent from my BlackBerry Wireless Handheld

----- Original Message -----
From: Terry Collingsworth <tc@iradvocates.org>
To: Holder, Eric, Jr.
Sent: Wed Nov 21 13:54:39 2007
Subject: Re: TC response Re: Chiquita -- MDL and Scheduling

  so I guess you'll forget the five months I already gave you


  ----- Original Message -----
  From: "Holder, Eric, Jr." <eholder@cov.com>
  To: <tc@iradvocates.org>; "Hall, John" <jhall@cov.com>; <wjw@conradscherer.com>
  Cc: <WRS@conradscherer.com>
  Sent: Wednesday, November 21, 2007 12:07 PM
  Subject: Re: TC response Re: Chiquita -- MDL and Scheduling


  > As we proceed in this case I will remember the position you have taken here.
  >
  > Eric
  >
  >
  >
  >
  >
  > --------------------------
  > Sent from my BlackBerry Wireless Handheld
  >
  >
  > ----- Original Message -----
  > From: Terry Collingsworth <tc@iradvocates.org>
  > To: Terry Collingsworth <tc@iradvocates.org>; Hall, John; wjw@conradscherer.com
<wjw@conradscherer.com>
  > Cc: Holder, Eric, Jr.; William Scherer <WRS@conradscherer.com>
  > Sent: Wed Nov 21 11:42:59 2007
  > Subject: Re: TC response Re: Chiquita -- MDL and Scheduling
```

> 
> Please see the attached letter. Regards, Terry
> 
> ----- Original Message -----
> From: Terry Collingsworth <mailto:tc@iradvocates.org>
> To: Hall, John <mailto:jhall@cov.com>  ; wjw@conradscherer.com
> Cc: Holder, Eric, Jr. <mailto:eholder@cov.com>  ; William Scherer
<mailto:WRS@conradscherer.com>
> Sent: Wednesday, November 21, 2007 11:42 AM
> Subject: TC response Re: Chiquita -- MDL and Scheduling
> 
> 
> 
> ----- Original Message -----
> From: Hall, John <mailto:jhall@cov.com>
> To: tc@iradvocates.org ; wjw@conradscherer.com
> Cc: Holder, Eric, Jr. <mailto:eholder@cov.com>
> Sent: Tuesday, November 20, 2007 3:26 PM
> Subject: Chiquita -- MDL and Scheduling
> 
> 
> Terry and Bill:
> 
> Following up on our conversations yesterday, I wanted to reach out again regarding the
MDL motion we intend to file, as well as scheduling more broadly.  As I said yesterday, we
are prepared to file an MDL motion this week.  Terry requested that we wait to file the
motion until after the Thanksgiving holiday, which I am happy to do  (or grant
additional time to make up for the intervening holiday, whichever you prefer).
> 
> Since Eric and I understand you both are eager to move forward, our desire is to get
the MDL motion heard promptly.  To that end, we intend to request the motion be heard as
soon as possible after the briefing is complete.  I trust that you will support this
request.  Please let me know whether we can so indicate.
> 
> On the broader scheduling issues, as I have said before, we believe that there is a
good chance that these cases will be consolidated or coordinated for pretrial proceedings
-- wherever that may be -- and we think that it makes sense to wait on the briefing of
motions to dismiss until the MDL motion is decided.  We think the judge who gets this
matter will want and expect coordinated briefing on the common issues.  Thus, our
preference would be to put off the motion to dismiss briefing until such time as the MDL
motion gets resolved.
> 
> Since you have expressed reservations about this proposal, in the alternative, I would
like to at least agree upon a reasonable briefing schedule.  I suspect that you will not
want to be drafting your responses to our motions to dismiss during the holidays in
December.  I personally have some significant scheduling conflicts during most of January,
as I will be in a two-week trial in New Jersey beginning January 16.  My proposal is that
we begin the motion to dismiss briefing with the filing of our opening brief in your
respective cases on February 15.  We would be happy to then agree to whatever amount of
time you would request in order to prepare your responses.
> 
> As a matter of professional courtesy, I would like to reach an understanding on these
issues prior to Thanksgiving.  In line with Terry's request that we put off filing the MDL
motion, I also have people here who would prefer not to have to work over the Thanksgiving
holiday.  As we are currently facing a December 5, 2007 response date in Florida and one
shortly thereafter in DC, this time over the holiday will obviously be in play if we
cannot reach an agreement on scheduling.
> 
> Look forward to hearing from you.
> 
> John
> 
> John E. Hall | COVINGTON & BURLING LLP
> 1201 Pennsylvania Avenue, NW
> Washington, DC  20004-2401
> jhall@cov.com | www.cov.com <file://www.cov.com>
> Tel: 202.662.5104 | Fax: 202.778.5104



INTERNATIONAL ADVOCATES    *"fighting for our human rights"*

**By email**
Eric H. Holder Jr.
eholder@cov.comJohn Hall
jhall@cov.com
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

November 21, 2007

Dear Eric and John:

As per John's request of yesterday, I'm responding regarding a briefing schedule for the motion to dismiss you've told me you plan to file in response to our Complaint filed June 7, 2007. After discussing with representatives of our clients, and looking at our schedules here at IRAdvocates, we are going to need to have your motion filed as currently scheduled on December 10, 2007. We will respond in the time frame provided in the federal rules. I note that we have already agreed to two significant extensions, totaling *over five months*, and that should be sufficient time for you to prepare and file a motion to dismiss if you have any legitimate basis for doing so.

Most important, your new proposal to extend for over two more months your filing date to February 15, 2008 would cause serious conflicts for us as we will be in the midst of two major briefing projects dealing with cases based in Liberia and Indonesia. I will necessarily be out of the country for much of March and April. As I currently have exactly two other lawyers with me at IRAdvocates, we are extremely limited in our capacity to handle several major projects at the same time. While I do not want to be responding to your dismissal motion in mid-December, that is really the only period in the reasonably near future when I can do it.

Conversely, I do not see how you will be prejudiced if you file your motion on December 10, the date *you* selected for your motion to be filed when you requested your second extension. As noted, you will have had over six months to respond to our Complaint, filed on June 7, 2007. Further, even if you are successful in your MDL motion to move the other Chiquita cases to consolidate before Judge Friedman, something that is far from certain, whatever motion you make on December 10, and whatever ruling you get, will likely have binding effect on the other cases if they are also before Judge Friedman. Thus, you will not be wasting time or duplicating effort. Of course, if your MDL motion is not granted, then you will be able to use whatever motion you file in our case to file similar motions in the other cases, and we will not have been further and unnecessarily delayed.

As I stated to you in our October 29 meeting, given that Chiquita has pled guilty to providing material assistance to the AUC terrorists who murdered the fathers, sons and



INTERNATIONAL ADVOCATES    *"fighting for our human rights"*

brothers of my clients, I really don't think you have a legitimate legal argument for dismissal. It is in my clients' interests to stop the delays and reach the merits as expeditiously as possible.

While we humans often revert to a "what have you done for me lately" posture, I do want to emphasize that we have already given you two extensions of over five months to simply respond to our Complaint. I would agree to another extension if it would not prejudice my clients, and my ability to represent them effectively.

Sincerely,

Terry Collingsworth

www.IRAdvocates.org    218 D Street, SE (3rd floor)    Washington, DC 20003

# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

WASHINGTON
NEW YORK
SAN FRANCISCO
LONDON
BRUSSELS

JOHN E. HALL
TEL 202.662.5104
FAX 202.778.5104
JHALL@COV.COM

November 29, 2007

By Electronic Mail

Terry Collingsworth, Esq.
International Rights Advocates
218 D Street, SE (3rd floor)
Washington, DC  20003

Re:     *Does 1-144  v. Chiquita Brands International, Inc. et al.,*
        No. 07-CV-01048 (D.D.C.)

Dear Terry:

I write to follow-up on our exchanges last week regarding the briefing schedule in the above-captioned case.  As I stated previously, we believe that the most efficient way to proceed in all of the Chiquita ATS cases is to postpone any responsive pleading until the MDL issue is resolved.  Assuming the MDL transfers are granted, that would permit the transferee judge to establish a sensible and coordinated process for briefing the motions to dismiss so as to eliminate or minimize the inefficiency and confusion that would result from multiple briefs addressing common issues.

In your letter of November, 21, 2007, you indicated that you will not consent to any extension of the due date for our responsive pleading beyond the current deadline of December 10th.  Although you and your co-counsel Paul Wolf previously had suggested on several occasions that you planned to file an amended complaint, based on your insistence on the December 10 filing date for our motion, we assume that no longer is your intention.

In light of your position, we will proceed with filing our motion to dismiss on or before December 10, 2007.  You indicated that you will respond within the time frame provided in the Federal Rules, which, by our calculations, would make your response due on or before December 21, 2007.  Under the Rules, Chiquita's reply would be due on December 31, 2007.

The timing of the reply creates problems for us.  Under the current schedule, we are faced with drafting our reply during the week between Christmas and the New Year, a period during which essentially our entire team plans to be away for the holidays.  Furthermore, as I have indicated previously, I will have significant scheduling conflicts during much of January, as I will be in a two-week trial in New Jersey beginning

COVINGTON & BURLING LLP

Terry Collingsworth, Esq.
November 29, 2007
Page 2

January 16. Accordingly, we ask that you consent to an extension of our reply date to February 15, 2008.

As this extension would relate only to the reply and not to the opening brief, it would not interfere in any way with your schedule. Your letter states that because of demands in other cases and planned travel, the only time you will have available to work on your opposition is during December; we will accommodate this scheduling conflict by proceeding with the filing of the motion on December 10, as you have insisted. Now, all we ask is that you similarly accommodate our legitimate scheduling conflicts by consenting to the extension of the reply deadline. Moreover, while you say that you only require eleven days, we would be happy to provide you with additional time to file your opposition brief, provided we can reach agreement on the reply.

With all due respect, Terry, the few extra weeks that we are requesting to complete the briefing on the motion to dismiss could not possibly prejudice your clients. Especially in view of the pending MDL motion, it is unimaginable that the extension would have any effect whatsoever on the timing of the court's decision on the motion to dismiss. Having acceded to your request to accommodate your schedule by filing the motion on December 10, and having postponed the filing of the MDL until after Thanksgiving at your specific request, we sincerely hope that you can extend us the professional courtesy of agreeing to the February 15th reply date. These are matters that we ought to be able to work out among ourselves without seeking the intervention of the Court.

We look forward to your response.

Sincerely,

John E. Hall

cc:    Eric H. Holder, Jr.

**Hall, John**

| | |
|---|---|
| **From:** | Hall, John |
| **Sent:** | Wednesday, December 12, 2007 4:17 PM |
| **To:** | 'Terry Collingsworth' |
| **Cc:** | Holder, Eric, Jr. |
| **Subject:** | RE: Does v. Chiquita |

Terry:  Did not receive a response to this letter.  Are you OK with the extension on the reply?  John

---

| | |
|---|---|
| **From:** | Hall, John |
| **Sent:** | Thursday, November 29, 2007 7:01 PM |
| **To:** | Terry Collingsworth |
| **Cc:** | Holder, Eric, Jr. |
| **Subject:** | Does v. Chiquita |

Terry:  Please see attached letter.   John

<< File: Letter from Hall to Collingsworth 11-29-07.pdf >>



INTERNATIONAL ADVOCATES  *"fighting for our human rights"*

**By email**
John Hall
jhall@cov.com
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

December 12, 2007

Dear John:

In response to your message of today, I had previously explained to you in my letter of November 21, 2007 (attached) that, after already providing you with over five months of extensions to respond to our Complaint, I could not agree to any more extensions. I note that in response to my legitimate concern about moving this case forward, I received not one, but two threats of retaliation from your colleague, Mr. Holder. I attach those as well. If, after I have been extremely flexible in providing two extensions of over five months, your enormous firm's reaction to my need to move the case forward is to threaten my three-lawyer firm with retaliation, then I clearly should plan on sticking to the deadlines provided in the federal rules.

I add to my reasons for being concerned about moving my case forward that I've heard of two other human rights cases in the works, and several other derivative cases. My clients have a very strong interest in being the first case to reach a verdict, for obvious reasons. As you know, you declined my offer to focus now on trying to resolve this case in way that got all of the victims reasonable compensation, but still left your client financially viable.

We are working hard on responding to the two massive motions you have filed. I note that with respect to the dismissal motion, we were electronically served only with Exhibits A, B and C to your Declaration, and would appreciate receiving the rest of the exhibits to complete your service.

Sincerely,

Terry Collingsworth

## Terry Collingsworth

| | |
|---|---|
| **From:** | "Terry Collingsworth" <tc@iradvocates.org> |
| **To:** | "Terry Collingsworth" <tc@iradvocates.org> |
| **Sent:** | Thursday, December 06, 2007 11:06 PM |
| **Subject:** | Fw: TC response Re: Chiquita -- MDL and Scheduling |

----- Original Message -----
From: "Holder, Eric, Jr." <eholder@cov.com>
To: <tc@iradvocates.org>; "Hall, John" <jhall@cov.com>;
<wjw@conradscherer.com>
Cc: <WRS@conradscherer.com>
Sent: Wednesday, November 21, 2007 12:07 PM
Subject: Re: TC response Re: Chiquita -- MDL and Scheduling


> As we proceed in this case I will remember the position you have taken
> here.
>
> Eric
>
>
>
>
>
> --------------------------
> Sent from my BlackBerry Wireless Handheld
>
>
> ----- Original Message -----
> From: Terry Collingsworth <tc@iradvocates.org>
> To: Terry Collingsworth <tc@iradvocates.org>; Hall, John;
> wjw@conradscherer.com <wjw@conradscherer.com>
> Cc: Holder, Eric, Jr.; William Scherer <WRS@conradscherer.com>
> Sent: Wed Nov 21 11:42:59 2007
> Subject: Re: TC response Re: Chiquita -- MDL and Scheduling
>
> Please see the attached letter. Regards, Terry
>
> ----- Original Message -----
> From: Terry Collingsworth <mailto:tc@iradvocates.org>
> To: Hall, John <mailto:jhall@cov.com> ; wjw@conradscherer.com
> Cc: Holder, Eric, Jr. <mailto:eholder@cov.com> ; William Scherer
> <mailto:WRS@conradscherer.com>
> Sent: Wednesday, November 21, 2007 11:42 AM
> Subject: TC response Re: Chiquita -- MDL and Scheduling
>
>
>
> ----- Original Message -----

## Terry Collingsworth

**From:**    "Terry Collingsworth" <tc@iradvocates.org>
**To:**      "Terry Collingsworth" <tc@iradvocates.org>
**Sent:**    Thursday, December 06, 2007 11:06 PM
**Subject:** Fw: TC response Re: Chiquita -- MDL and Scheduling

----- Original Message -----
From: "Holder, Eric, Jr." <eholder@cov.com>
To: <tc@iradvocates.org>
Sent: Wednesday, November 21, 2007 2:04 PM
Subject: Re: TC response Re: Chiquita -- MDL and Scheduling

> As we wait for your promised amended complaint. And after taking
> seriously your request that we not file anything the day before
> Thanksgiving.
>
> Given the age of these cases I really fail to see the logic of your
> position.
> How are your folks really harmed- really- by the schedule the other
> lawyers are comfortable with. You appear to need about 10 days to respond
> to our motion on the basis of the schedule you espouse.
>
> We'll litigate any way you want. If you want to make this unnecessarily
> difficult so be it.
>
>
>
>
>
>
>
> --------------------------
> Sent from my BlackBerry Wireless Handheld
>
>
> ----- Original Message -----
> From: Terry Collingsworth <tc@iradvocates.org>
> To: Holder, Eric, Jr.
> Sent: Wed Nov 21 13:54:39 2007
> Subject: Re: TC response Re: Chiquita -- MDL and Scheduling
>
>  so I guess you'll forget the five months I already gave you
>
>
> ----- Original Message -----
> From: "Holder, Eric, Jr." <eholder@cov.com>
> To: <tc@iradvocates.org>; "Hall, John" <jhall@cov.com>;
> <wjw@conradscherer.com>

12/12/2007

## Hall, John

| | |
|---|---|
| **From:** | Hall, John |
| **Sent:** | Tuesday, December 18, 2007 6:10 PM |
| **To:** | 'Terry Collingsworth' |
| **Cc:** | Holder, Eric, Jr. |
| **Subject:** | RE: Does v. Chiquita |

Terry:

I received your letter of December 12, 2007, responding to my letter of November 29, 2007 and my follow-up email below. We are surprised and disappointed by your refusal to agree to the reasonable extension we seek to file our reply in support of Chiquita's motion to dismiss, particularly in light of the upcoming holidays. The assertions and characterizations in your letter are inaccurate. Given your position, we will seek relief from the Court.

John

---

| | |
|---|---|
| **From:** | Hall, John |
| **Sent:** | Wednesday, December 12, 2007 4:17 PM |
| **To:** | 'Terry Collingsworth' |
| **Cc:** | Holder, Eric, Jr. |
| **Subject:** | RE: Does v. Chiquita |

Terry: Did not receive a response to this letter. Are you OK with the extension on the reply? John

---

| | |
|---|---|
| **From:** | Hall, John |
| **Sent:** | Thursday, November 29, 2007 7:01 PM |
| **To:** | Terry Collingsworth |
| **Cc:** | Holder, Eric, Jr. |
| **Subject:** | Does v. Chiquita |

Terry: Please see attached letter. John

<< File: Letter from Hall to Collingsworth 11-29-07.pdf >>