IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE / JOHN DOES 1-144**<br><br>**Plaintiffs,**<br>v.<br><br>**CHIQUITA BRANDS INTERNATIONAL, INC.,**<br>**and DAVID DOES 1-10.**<br><br>**Defendants.** | No. **1:07-cv-01048-PLF** |

**CERTIFICATE OF SERVICE**

    I hereby certify that true and correct copies of Defendant Chiquita Brands International, Inc's Reply in Support of Motion to Dismiss Complaint were served upon:

    Terry Collingsworth
    International Rights Advocates
    218 D Street SE (3rd floor)
    Washington, D.C. 20003
    Tel: (202) 347-4100

    Paul Wolf
    P.O. Box 11244
    Washington, D.C. 20008-1244
    Tel: (202) 674-9653

    *Counsel for Plaintiffs*

by electronic filing under the Rules of this Court on this 15th day of February, 2008.

                                                    /s/ Eric H. Holder, Jr.
                                                      Eric H. Holder, Jr.